**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **VERONICA HERRING** | **PLAINTIFF** |
| v. | CIVIL ACTION NO. 1:19-CV-225-LG-RHW |
| **ALL ABOUT PAINTING AND CLEANING, INC.; AND MICHAEL L. WOODCOCK, INDIVIDUALLY** | **DEFENDANTS** |

## ORDER OF DISMISSAL

Having been advised that the Plaintiff Veronica Herring and Defendants All About Painting and Cleaning, Inc., and Michael L. Woodcock, have reached a final resolution of all claims asserted in the Complaint, the Court hereby orders that this case should be and hereby is dismissed with prejudice, with each party bearing its own costs. The Court retains jurisdiction to enforce the terms of the settlement.

**SO ORDERED AND ADJUDGED** this the 31st day of July, 2019.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

**Prepared By**:

s/ *Ashley Eley Cannady*
Ashley Eley Cannady (MS Bar No. 101253)
BALCH & BINGHAM LLP
188 East Capitol Street
Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (866) 230-9968
acannady@balch.com

**Approved By:**

s/ *Louis H. Watson, Jr.*
Louis H. Watson, Jr. (MS Bar No. 9053)
Nick Norris (MS Bar No. 101574)
WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, Mississippi 39216
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
louis@watsonnorris.com